HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE MARIA MEDINA FRANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MARIA MEDINA FRANCO,<br><br>Defendant. | Case No. 1:24-mj-00028-SAB<br><br>**STIPULATION TO CONTINUE DETENTION HEARING; ORDER**<br><br>Date:   March 15, 2024<br>Time:  2:00 p.m.<br>Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Jose Maria Medina Franco, that the Court may continue the detention hearing currently scheduled for March 13, 2024, to March 15, 2024, at 2:00 p.m.

Mr. Medina made his initial appearance on March 8, 2024, during which the Court set a detention hearing for March 13, 2024. Mr. Medina has requested that counsel be present for his pre-trial interview, and defense counsel is not available to do so until Thursday, March 14. Accordingly, the parties request that the Court continue the detention hearing until March 15, 2024, at 2:00 p.m. The requested date is within the five-day limit prescribed in 18 U.S.C. § 3142(f).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 12, 2024            */s/ Antonio Pataca*
                                ANTONIO PATACA
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: March 12, 2024            */s/ Laura Myers*
                                LAURA MYERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSE MARIA MEDINA FRANCO


# O R D E R

**IT IS SO ORDERED.** The detention hearing currently scheduled for March 13, 2024, at 2:00 p.m. is hereby continued to March 15, 2024, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  **March 12, 2024**                    _____
                                              UNITED STATES MAGISTRATE JUDGE