HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
Eric V. Kersten, Bar # 226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2228
Telephone: 559.487.5561
eric_kersten@fd.org

Attorney for Defendant
Jose Maria Medina Franco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00055 JLT-SKO-27 |
|---|---|
| *Plaintiff,* | **ORDER RE MOTION TO WITHDRAW THE FEDERAL DEFENDER AS COUNSEL AND APPOINT *AD HOC* CJA COUNSEL WITH DEFENDANT'S CONSENT** |
| vs. | |
| JOSE MARIA MEDINA FRANCO, | |
| *Defendant.* | |

IT IS HEREBY ORDERED that the Federal Defender's request to withdraw as counsel of record beginning February 1, 2025, is GRANTED. Eric V. Kersten, Esq. is appointed as *ad hoc* CJA counsel, pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, General Order 671, §XI.C.

IT IS SO ORDERED.

Dated:  **January 24, 2025**          /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE