ERIC V. KERSTEN, CA Bar #226429
1125 T Street
Fresno, California 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorneys for Defendant
JOSE MEDINA FRANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MEDINA FRANCO,<br><br>Defendant. | Case No. 1:24-cr-00055-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER THEREON**<br><br>Date: May 19, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |
|---|---|

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing set for April 21, 2025 may be continued to May 19, 2025, or the soonest date thereafter convenient to the court.

Defense counsel mis-calendared Mr. Medina-Franco's and sentencing date and missed the draft PSR. The defense does have objections to the PSR and requests additional time to go through the informal objections process and fully address the issues prior to filing formal objections to any unresolved issues. Time is also need to conduct additional investigation as the PSR includes additional criminal history for Mr. Medina-Franco under a different name, indifferent jurisdictions. Attorney client communications also take longer than usual because Mr. Medina-Franco is a Spanish speaker and an interpreter must be located for each conversation. This continuance is requested to allow additional time for defense counsel to properly prepare for sentencing, and to possibly resolve some disputed matters prior to sentencing.

///

The parties agree that all time through the proposed May 19, 2025 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and continuity of counsel, and the delay results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                                              MICHELE BECKWITH
                                                              Acting United States Attorney

DATED: April 1, 2025                          By  */s/ Antonio J. Pataca*
                                                             ANTONIO J. PATACA
                                                             Assistant United States Attorney
                                                             Attorneys for Plaintiff

DATED: April 1, 2025                              */s/ Eric V. Kersten*
                                                             ERIC V. KERSTEN
                                                             Attorney for Defendant
                                                             JOSE MEDINA FRANCO

## ORDER

**IT IS SO ORDERED**. The sentencing hearing scheduled for April 21, 2025 is continued to May 19, 2025.

DATED: April __2__, 2025.

                                                             Hon. Jennifer L. Thurston
                                                             Judge, United States District Court