1  ERIC V. KERSTEN, CA Bar #226429
   1125 T Street
2  Fresno, California 93721
   Telephone: (559) 326-6258
3  eric@kerstenlegal.com

4  Attorneys for Defendant
   JOSE MEDINA FRANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00055-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER THEREON** |
| vs. | |
| JOSE MEDINA FRANCO, | Date: June 16, 2025 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing set for May 19, 2025 may be continued to June 16, 2025, or the soonest date thereafter convenient to the court.

This continuance is requested to allow defense counsel time to conduct additional investigation and obtain documents that are relevant and necessary to properly represent Mr. Poush at sentencing.

The parties agree that all time through the proposed May 19, 2025 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and continuity of counsel, and the delay results from a continuance granted by the Court at the

///

parties' request on the basis of the Court's finding that the ends of justice served by taking such

action outweigh the best interest of the public and the defendant in a speedy trial.

                              MICHELE BECKWITH
                              Acting United States Attorney

DATED: April 14, 2025            By /s/ Antonio J. Pataca
                                 ANTONIO J. PATACA
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff

DATED: April 14, 2025               /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Attorney for Defendant
                                 JOSE MEDINA FRANCO

**ORDER**

**IT IS SO ORDERED**. The sentencing hearing scheduled for May 19, 2025 is continued to June 16, 2025.

DATED: April 15, 2025.

                                 Hon. Jennifer L. Thurston
                                 Judge, United States District Court